UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND on behalf of itself, its members, and others similarly situated, and MICHAEL GODINO, on behalf of himself and others similarly situated,<br><br>     Plaintiffs,<br>-against-<br><br>KEENWAWA, INC., d/b/a EATSA,<br><br>     Defendants. | No. 17-cv-2096 (JGK)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between the attorneys for the respective parties hereto that this action, having been settled by a separate agreement, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: September 7, 2017
   New York, New York

Respectfully submitted,

_____
Michelle Caiola
DISABILITY RIGHTS ADVOCATES
675 Third Ave. Ste. 2216
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636
mcaiola@dralegal.org

_____
John W. Egan
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 218-5291
Fax: (212) 218-5526
jegan@seyfarth.com